**EAST OKEECHOBEE PALMS, LLC, a Florida limited liability company, Lakeside Palm Beach East MHP, LLC, a New York limited liability company, Plaintiffs–Appellants,**

v.

**Richard KELLAM, an individual, AR-CAP LC, a Virginia limited liability, Lakeside Agency, a Virginia D/B/A, Company Manager LC, Defendants–Appellees.**

No. 15–14385
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 8, 2016.

Harold Lucas, Jr., Lucas & Nowak, LLP, Richboro, PA, Don Huy Nguyen,

---

DHN Attorneys, PA, Orlando, FL, for Plaintiffs–Appellants.

Roberto M. Vargas, James Copley Gavigan, Jr., Jones Foster Johnston & Stubbs, PA, West Palm Beach, FL, for Defendants–Appellees.

Before TJOFLAT, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

The District Court on February 23, 2015, entered an order dismissing appellants' amended complaint for lack of personal jurisdiction. Doc. 47. On August 28, 2015, the court denied appellants' motion for relief filed pursuant to Rules 59(a)(2) and (e) and Rules 60(b)(3) and (6) of the Federal Rules of Civil Procedure. Doc. 57. Appellants appeal both orders. Doc. 58.

We find no error in the District Court's order dismissing that amended complaint for lack of personal jurisdiction or its order denying relief under Rules 59 and 60.

AFFIRMED.